IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DARRELL THOMPSON,            )
                             )
          Petitioner,        )
                             )
     v.                      )          1:15CV138
                             )
MR. SUMMERS,                 )
                             )
          Respondent.        )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on February 19, 2015, was served on the parties in this action. Petitioner filed objections to the Recommendation. (Doc. 5.)

The court has reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination, which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. 2) is **DENIED**. A Judgment dismissing this action will be entered contemporaneously with this Order. Finding neither a substantial issue for appeal concerning the denial of a constitutional right affecting the

conviction nor a debatable procedural ruling, a certificate of appealability is not issued.

                                           /s/   Thomas D. Schroeder
                                          United States District Judge

March 20, 2015